IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00934-LTB-STV

YULINO JHON CAISAHUANA BRAVO,

 Applicant,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention
  Facility,
GEORGE VALDEZ, Acting Denver Field Office Director of Enforcement and Removal
  Operations, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, Department of Homeland
  Security, and
TODD BLANCHE, in his official capacity as Acting U.S. Attorney General,

 Respondents.

---

**ORDER**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge dated April 30, 2026. (ECF No. 24). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on April 30, 2026. No timely objection to the Recommendation has been filed, and Petitioner is therefore barred from *de novo* review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 24) is ACCEPTED and ADOPTED. It is

FURTHER ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 4) and "Motion to Inform Court of Voluntary Departure and Request for Release" (ECF No. 5) be DENIED as moot and this action be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED at Denver, Colorado, this __18th__ day of May, 2026.

BY THE COURT:


____s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2